# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH W. BROWN

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

CASE NUMBER: C06-5525JKA

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of defendant.


| _____May 2, 2007_____ | _____BRUCE RIFKIN_____ |
|---|---|
| Date | Clerk |

 _s/Caroline M. Gonzalez_
Deputy Clerk